# EXHIBIT A

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Sesaly O. Stamps (AZ # 025773)
sstamps@dmyl.com
Attorneys for Plaintiff

FILED
Gary Harrison
CLERK, SUPERIOR COURT
10/30/2019 10:38:46 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20195436
HON. RICHARD E GORDON

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| SAMUEL FONTES AINZA, <br><br> Plaintiff, <br><br> vs. <br><br> WEIDNER PROPERTY MANAGEMENT, LLC, a Washington limited liability company, <br><br> Defendant. | NO. <br><br> **COMPLAINT** <br><br> (Assigned to ) |

Plaintiff, for his complaint against Defendant, alleges as follows:

1. Plaintiff Samuel Fontes Ainza ("Plaintiff") is an individual residing in Pima County, Arizona.

2. Defendant Weidner Property Management, LLC ("Defendant") is a Washington limited liability company, doing business in Pima County, Arizona.

3. This action arises out of acts and omissions that occurred in Pima County.

4. This Court has jurisdiction over all the parties named in and the subject matter of this action.

5. Venue is proper.

6. Defendant owns and/or manages Las Brisas Apartment Homes ("Las Brisas"), an apartment community located in Pima County, Arizona.

7. In or about August 2016, Defendant hired Plaintiff as a maintenance man at Las Brisas.

8. Throughout Plaintiff's employment, Defendant employed Hernandez Cesar ("Cesar") as a maintenance man at Las Brisas.

9. At all relevant times, Cesar acted in the interest of and on behalf of Defendant.

10. Plaintiff worked under the direct supervision of Cesar.

11. Throughout Plaintiff's employment, Plaintiff regularly observed Cesar fail to complete service requests submitted by tenants.

12. When Cesar did respond to tenants' service requests, Plaintiff observed Cesar make repairs incorrectly.

13. Cesar also often asked Plaintiff to perform repairs under unsafe conditions.

14. When Plaintiff observed Cesar repair an item incorrectly, he informed Cesar that the repair was improper.

15. Plaintiff also informed Cesar when improper repairs created unsafe conditions for tenants and employees.

16. Each time, Cesar dismissed Plaintiff's concerns.

17. In or about August 2018, tenants began asking Plaintiff to personally respond to their service requests.

*Samuel Fontes Ahuza v. Weidner Property Management, LLC*; Case No. ___
\\ntdmyl.com\dmylfs\edsl\files\docs\PONT05\190831\PLDG\14F6899.DOCX

2

18. In or about August or September 2018, Plaintiff responded to tenants' service requests and completed repairs during his personal time.

19. During this time, Plaintiff worked extra hours without pay beyond the regular forty-hour work week he worked at Las Brisas.

20. In or about September 2018, Cesar learned that Plaintiff was responding to service requests in his personal time.

21. Cesar became angry and scolded Plaintiff.

22. Defendant did not pay Plaintiff for the overtime hours he worked.

23. Around the same time, Plaintiff reported the improper repairs and unsafe working conditions to the Las Brisas manager, Susie Vargas ("Vargas").

24. Vargas told Plaintiff to report his concerns to Cesar.

25. Plaintiff explained to Vargas that Cesar was the employee performing the improper repairs and creating the unsafe working conditions.

26. Vargas took no action in response to Plaintiff's report.

27. In or about late January or early February 2019, Cesar asked Plaintiff to hold a ladder for him so he could climb up onto the roof of one of the apartment buildings.

28. Cesar had positioned one foot of the ladder on a stair and the other foot on a stack of river rocks to keep the ladder level.

29. Plaintiff refused to hold the ladder, and explained to Cesar that it was unsafe for him to climb the ladder, even if Plaintiff held it.

*Samuel Fontes Ainza v. Weidner Property Management, LLC*; Case No. _____
\\ntdmyl.com\dmylfs\eds\files\docs\FONTOS\190831\PLDG\14F6899.DOCX

3

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

30. On or about February 7, 2019, Plaintiff was terminated for "Insubordination" for refusing to hold the ladder for Cesar.

## COUNT ONE – WRONGFUL TERMINATION

31. Plaintiff realleges the facts set forth in the preceding paragraphs and incorporates them as though they are fully set forth herein.

32. Throughout Plaintiff's employment, he repeatedly complained to Cesar about the unsafe working conditions at Las Brisas.

33. Cesar would become angry, scold Plaintiff, and dismiss Plaintiff's concerns.

34. Plaintiff also complained to Vargas about the unsafe working conditions at Las Brisas.

35. Vargas, too, dismissed Plaintiff's concerns.

36. Plaintiff complained to Cesar about the unsafe working conditions Cesar created by balancing a ladder on a stack of river rocks.

37. Shortly thereafter, Plaintiff was terminated for refusing to hold the ladder.

38. Plaintiff's termination was retaliatory and unlawful under A.R.S. § 23-1501.

39. Plaintiff was damaged as a result.

40. Plaintiff has diligently sought employment since his termination.

41. Plaintiff remains unemployed as of the date of this Complaint.

## COUNT TWO – UNPAID OVERTIME

42. Plaintiff realleges the facts set forth in the preceding paragraphs and incorporates them as though they are fully set forth herein.

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

Samuel Fontes Ainza v. Weidner Property Management, LLC; Case No. _____
\\ntdmyl.com\dmylfs\edsh\files\docs\FONT05\190831\PLDG\14F6B99.DOCX

4

43. Plaintiff responded to tenants' service requests in his personal time.

44. In responding to service requests, Plaintiff worked additional hours beyond the forty-hour work week he worked at Las Brisas.

45. Defendant was aware that Plaintiff worked overtime.

46. Defendant did not compensate Plaintiff for the overtime hours worked.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. For an award of damages for back pay, lost future wages, rent reduction and other benefits;

B. For an award of unpaid overtime wages and treble damages pursuant to A.R.S. § 23-355;

C. For reasonable attorneys' fees and costs incurred pursuant to A.R.S. §§ 12-341 and 12-341.01;

D. For such other and further relief as the Court deems just and proper.

DATED this 30th day of October, 2019.

DECONCINI MCDONALD YETWIN & LACY, P.C.

By: /s/ Sesaly O. Stamps
Sesaly O. Stamps
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
Attorneys for Plaintiff

# EXHIBIT B

*Rich was served on Friday Nov 1, 2019*

Person/Attorney Filing: Sesaly O Stamps
Mailing Address: 2525 East Broadway Blvd, Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520) 322-5000
E-Mail Address: sstamps@dmyl.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025773, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Samuel Fontes Ainza
Plaintiff(s),
v.
Weidner Property Management, LLC
Defendant(s).

Case No. C20195436

**SUMMONS**

HON. RICHARD E GORDON

To: Weidner Property Management, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 10/30/2019

Gary Harrison
Clerk of the Superior Court

By: ALAN WALKER /s/
         Deputy Clerk

2

# EXHIBIT C

PERSON/ATTORNEY FILING: Sesaly O Stamps
MAILING ADDRESS: 2525 East Broadway Blvd. Suite 200
CITY, STATE, ZIP CODE: Tucson, AZ 85716
PHONE NUMBER: (520) 322-5000
E-MAIL ADDRESS: sstamps@dmyl.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 025773, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
10/30/2019 10:38:46 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20195436
HON. RICHARD E GORDON

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Samuel Fontes Ainza
Plaintiff(s),

V.

Weidner Property Management, LLC
Defendant(s).

CASE NO: _____

RULE 102(a) FASTAR CERTIFICATE

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101(b) and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ DOES meet the eligibility criteria established by Rule 101(b); or

☒ DOES NOT meet the eligibility criteria established by Rule 101(b).

Dated: _____

Sesaly O Stamps /s/
SIGNATURE

# EXHIBIT D

Attachment Page __1__ (of __1__)

To <u>Civil Cover Sheet</u>

```
ATTORNEY INFORMATION:
ATTORNEY FILING:
Sesaly O Stamps
Bar Number: 025773, Issuing State: AZ
Law Firm: DeConcini McDonald Yetwin & Lacy, P.C.
Address: 2525 East Broadway Blvd.
Suite 200
Tucson, AZ 85716
Telephone Number: (520) 322-5000
Email: sstamps@dmyl.com


ATTACHED DOCUMENTS LIST:
Summons - Defendant #1
Complaint
```

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

# EXHIBIT E

| Attorney or Party without Attorney:<br>DECONCINI, MCDONALD, YETWIN & LACY<br>SESALY O. STAMPS (025773)<br>2525 E. BROADWAY BOULEVARD SUITE 200<br>TUCSON, AZ 85716<br>Telephone No: (520) 322-5000 | | | | For Court Use Only<br><br>19 NOV -5 PM 2:45<br><br>LUZMARIA GUTIERREZ |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>PIMA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: SAMUEL FONTES AINZA<br>Defendant: WEIDNER PROPERTY MANAGMENT, LLC, A WASHINGTON LIMITED LIABILITY COMPANY | | | | |
| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20195436 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; RULE 102(A) FASTAR CERTIFICATE

3. a. Party served: WEIDNER PROPERTY MANAGMENT, LLC, BY SERVICE UPON ITS STATUTORY AGENT, RICHARD J. RENTA
   b. Person served: RICHARD J. RENTA

4. Address where the party was served: 1819 E Morten Ave STE 260, Phoenix, AZ 85020

5. I served the party:
   a. by substituted service. On: Fri, Nov 01 2019 at: 10:30 AM by leaving the copies with or in the presence of:
      RICHARD J. RENTA, Statutory agent, Hispanic, Male, Age: 58, Hair: Black, Height: 5'8".

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this subpoena for service on: Thu, October 31, 2019

   Service: $26.25, Mileage: $24.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $60.25

   I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Michael Cryan 5491, Maricopa County:
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

   11/04/2019
   (Date)                                (Signature)

7. STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this <u>04</u> day of <u>November, 2019</u> by Michael Cryan (5491, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)



AFFIDAVIT OF SERVICE



3941752
(35169274)

# EXHIBIT F

Robert K. Jones (State Bar No. 016228)
Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 E. Highland Ave., Suite B-250
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
Robert.Jones@jacksonlewis.com
Monica.Ryden@jacksonlewis.com

Attorneys for Defendant

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| SAMUEL FONTES AINZA,<br><br>Plaintiff,<br><br>vs.<br><br>WEIDNER PROPERTY MANAGEMENT, LLC, a Washington limited liability company,<br><br>Defendant. | Case No: C20195436<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441(a)-(c), and 1446, Defendant Weidner Property Management, LLC has removed this action from this Court to the U.S. District Court for the District of Arizona. A true and correct copy of the Notice of Removal filed with the District Court (without attachments) is attached as **Exhibit 1**. As provided in 28 U.S.C. § 1446(d), this Notice effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

DATED: November 27, 2019.

JACKSON LEWIS P.C.

By */s/ Monica M. Ryden*
   Robert K. Jones
   Monica M. Ryden
   Attorneys for Defendant

1 | The foregoing e-filed
November 27, 2019

**COPY** of the foregoing e-mailed
November 27, 2019 to:

Sesaly O. Stamps
DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
sstamps@dmyl.com
Attorneys for Plaintiff

By: */s/ Heather Perryman*

4823-1964-0237, v. 1